THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
STEPHANIE YONEKURA McCAFFREY
Executive Assistant United States Attorney
(Cal. State Bar # 187131)
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-1092
    Facsimile: (213) 894-1634
    Email: Stephanie.Yonekura-McCaffrey@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CR 08-746-FMC |
|---|---|
| Plaintiff, | ) GOVERNMENT'S SENTENCING POSITION |
| v. | ) Sent. Date: February 25, 2009 |
| MILES DAVIS, | ) Sent. Time: 2:30 p.m. |
| Defendant. | ) |

    The United States of America, by and through its counsel of record, Executive Assistant United States Attorney Stephanie Yonekura McCaffrey, hereby files its Sentencing Position. As set forth in the Government's Position Re: the Presentence Report filed on December 18, 2008, the government believes that the applicable guideline range is level 10 and criminal history category is II. The government concurs with the analysis of 18 U.S.C. § 3553 factors set forth in the Probation Officer's

1

recommendation. As such, the government recommends a sentence of eight months imprisonment and a restitution amount of $19,800.

Dated:       February 11, 2009

                    Respectfully Submitted,
                    THOMAS P. O'BRIEN
                    United States Attorney

                    CHRISTINE C. EWELL
                    Assistant United States Attorney
                    Chief, Criminal Division

                    _____
                    STEPHANIE YONEKURA McCAFFREY
                    Executive Assistant United States Attorney

                    Attorneys for Plaintiff
                    United States of America

<u>CERTIFICATE OF SERVICE</u>

I, **VERONICA BARAJAS**, declare:

That I am a citizen of the United States and resident or employed in Los Angeles County, California; that my business address is the Office of United States Attorney, United States Courthouse, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of eighteen years, and am not a party to the above-entitled action;

That I am employed by the United States Attorney for the Central District of California who is a member of the Bar of the United States District Court for the Central District of California, at whose direction I served a copy of:

**GOVERNMENT'S SENTENCING POSITION**

**service was:**

[ ] Placed in a closed envelope, for collection and interoffice delivery addressed as follows:

[ ] Placed in a sealed envelope for collection and mailing via United States Mail, addressed as follows:

[X] By hand delivery addressed as follows:

[ ] By facsimile as follows:

[ ] By messenger as follows:

[ ] By federal express as follows:

**EUNICE HABIG**
**U.S. Probation Officer**
**312 N. Spring Street**
**7th Floor**
**Los Angeles, California 90012**

This Certificate is executed on **February 11, 2009**, at Los Angeles, California.

I certify under penalty of perjury that the foregoing is true and correct.

_____
**VERONICA BARAJAS**